# GLEIBS AFF.

# EXHIBIT 2

**FILED UNDER SEAL PURSUANT TO AMENDED STIPULATED PROTECTIVE ORDER DATED APRIL 5, 2013**