# EXHIBIT 4

# ANTENNA THEORY
## ANALYSIS AND DESIGN

**THIRD EDITION**

Constantine A. Balanis

 **WILEY-INTERSCIENCE**

A JOHN WILEY & SONS, INC., PUBLICATION

Copyright © 2005 by John Wiley & Sons, Inc. All rights reserved.

Published by John Wiley & Sons, Inc., Hoboken, New Jersey.
Published simultaneously in Canada.

No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, scanning, or otherwise, except as permitted under Section 107 or 108 of the 1976 United States Copyright Act, without either the prior written permission of the Publisher, or authorization through payment of the appropriate per-copy fee to the Copyright Clearance Center, Inc., 222 Rosewood Drive, Danvers, MA 01923, 978-750-8400, fax 978-646-8600, or on the web at www.copyright.com. Requests to the Publisher for permission should be addressed to the Permissions Department, John Wiley & Sons, Inc., 111 River Street, Hoboken, NJ 07030, (201) 748-6011, fax (201) 748-6008.

Limit of Liability/Disclaimer of Warranty: While the publisher and author have used their best efforts in preparing this book, they make no representations or warranties with respect to the accuracy or completeness of the contents of this book and specifically disclaim any implied warranties of merchantability or fitness for a particular purpose. No warranty may be created or extended by sales representatives or written sales materials. The advice and strategies contained herein may not be suitable for your situation. You should consult with a professional where appropriate. Neither the publisher nor author shall be liable for any loss of profit or any other commercial damages, including but not limited to special, incidental, consequential, or other damages.

For general information on our other products and services please contact our Customer Care Department within the U.S. at 877-762-2974, outside the U.S. at 317-572-3993 or fax 317-572-4002.

Wiley also publishes its books in a variety of electronic formats. Some content that appears in print, however, may not be available in electronic format.

*Library of Congress Cataloging-in-Publication Data is available.*

ISBN: 0-471-66782-X

Printed in the United States of America.

10 9 8 7 6

**518**    BROADBAND DIPOLES AND MATCHING TECHNIQUES



(a) Two-element

(b) *N*-element

**Figure 9.15**    Equivalent circuits for two-element and *N*-element (with equal radii elements) folded dipoles.



(a) Folded dipole          (b) Regular dipole

**Figure 9.16**    Folded dipole and equivalent regular dipole.

The impedance relation of (9-25) for the $l = \lambda/2$ can also be derived by referring to Figure 9.16. Since for a folded dipole the two vertical arms are closely spaced ($s \ll \lambda$), the current distribution in each is identical as shown in Figure 9.16(a). The equivalent of the folded dipole of Figure 9.16(a) is the ordinary dipole of Figure 9.16(b). Comparing the folded dipole to the ordinary dipole, it is apparent that the currents of the two closely spaced and identical arms of the folded dipole are equal to the one current of the ordinary dipole, or

$$2I_f = I_d \tag{9-26}$$