IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE:  TRANSDATA, INC. SMART            )
METERS PATENT LITIGATION,                )   Case Number 12-ml-2309-C

## ORDER

Plaintiff's letter brief (Dkt. No. 331) and Plaintiff's Motion to Amend Scheduling Order to Allow Service of Amended Infringement Contentions (Dkt. No. 266) are set for hearing on Thursday, March 13, 2014, beginning at 10:30 a.m. in Courtroom 501.

IT IS SO ORDERED this 5th day of March, 2014.

ROBIN J. CAUTHRON
United States District Judge