IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re:  TRANSDATA, INC. SMART METERS PATENT LITIGATION | Civil Action No. 12-ML-2309-C<br><br>Hon.  Robin Cauthron |

**DENTON MUNICIPAL ELECTRIC'S COUNTER MOTION TO STRIKE TRANSDATA'S MOTION FOR SANCTIONS**

Defendant Denton Municipal Electric's ("Denton") hereby submits this Counter Motion to Strike TransData's Motion for Sanctions (Dkt. 347, "TransData's Motion").

For the reasons set forth in the accompanying memorandum and declaration, Denton submits that TransData's Motion is baseless and sanctions in the form of attorneys' fees and costs should be awarded to Denton.  Accordingly, Denton respectfully requests that the Court strike TransData's Motion with respect to Denton and award Denton its fees and costs for defending TransData's Motion.

Dated:  March 21, 2014                             Respectfully submitted,

                                                   By:  */s/ Kristopher Kastens*
                                                        Kristopher Kastens
                                                        Paul Andre
                                                        Lisa Kobialka
                                                        James Hannah
                                                        KRAMER LEVIN NAFTALIS
                                                        & FRANKEL LLP
                                                        990 Marsh Road
                                                        Menlo Park, CA 94025
                                                        Tel: (650) 752-1700
                                                        Fax: (650) 752-1800

kkastens@kramerlevin.com
pandre@kramerlevin.com
lkobialka@kramerlevin.com
jhannah@kramerlevin.com

ATTORNEYS FOR DEFENDANT
DENTON MUNICIPAL ELECTRIC

# CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2014, a copy of the foregoing document was filed with the Clerk of Court via the Court's ECF system, which will send notification to all counsel of record via electronic mail at the following addresses:

Duane-David Hough
Anup K. Misra
MAYER BROWN LLP
1675 Broadway
New York, New York
(212) 506-2500
(212) 262-1910 (Fax)
dhough@mayerbrown.com
amisra@mayerbrown.com

Cliff A. Maier
MAYER BROWN LLP
3000 El Camino Real, Ste. 300
Palo Alto, CA 94306
(650) 331-2026
(650) 331-2060 (Fax)
cmaier@mayerbrown.com

David Donchin
Glen Mullins
R. Ryan Deligans
DURBIN LARIMORE & BIALICK
920 N. Harvey Ave.
Oklahoma City, OK 73102
(405) 235-9584
(405) 235-0551 (Fax)
ddonchin@dlb.net
gmullins@dlb.net
rdeligans@dlb.net

**ATTORNEYS FOR DEFENDANTS ALABAMA POWER CO., GEORGIA POWER CO., MISSISSIPPI POWER CO., AND WISCONSIN POWER & LIGHT CO.**

John A. Kenney
MCAFEE & TAFT, P.C.
Tenth Floor, Two Leadership Square
211 N. Robinson
Oklahoma City, Oklahoma 73102
(405) 552-2244
(405) 235-0439 (Fax)
john.kenney@mcafeetaft.com

R. Paul Yetter
Thomas M. Morrow
J. Campbell Barker
Christopher R. Johnson
YETTER COLEMAN LLP
909 Fannin, Suite 3600
Houston, Texas 77010
(713) 632-8000
(713) 632-8002 (Fax)
pyetter@yettercoleman.com
tmorrow@yettercoleman.com
cbarker@yettercoleman.com
cjohnson@yettercoleman.com

Kevin J. Terrazas
WEISBART SPRINGER HAYES LLP
212 Lavaca Street, Suite 200
Austin, TX 78701
(512) 652-5780
(512) 682-2074 (Fax)
kterrazas@wshllp.com

**ATTORNEYS FOR DEFENDANT OKLAHOMA GAS & ELECTRIC COMPANY**

Lawrence K. Nodine
Richard William Miller
Katrina Marie Quicker
Charley F. Brown
Sharon H. Billington
BALLARD SPAHR LLP
999 Peachtree Street, NE, Suite 1000
Atlanta, Georgia 30309
(678) 420-9300
(678) 420-9301 (Fax)
nodinel@ballardspahr.com
millerrw@ballardspahr.com
quickerk@ballardspahr.com
browncf@ballardspahr.com
billingtons@ballardspahr.com

**ATTORNEYS FOR DEFENDANTS ONCOR ELECTRIC DELIVERY COMPANY, LLC, AND DENTON COUNTY ELECTRIC COOPERATIVE, INC. D/B/A COSERV ELECTRIC**

Ramsey M. Al-Salam
Stevan R. Stark
Christina Jordan McCullough
Nathaniel E. Durrance
Judith B. Jennison
PERKINS COIE, LLP
1201 Third Avenue, 40th Floor
Seattle, Washington 98101
ralsalam@perkinscoie.com
sstark@perkinscoie.com
cmccullough@perkinscoie.com
ndurrance@perkinscoie.com
jjennison@perkinscoie.com

**ATTORNEYS FOR DEFENDANTS CENTERPOINT ENERGY HOUSTON ELECTRIC, LLC, TRI-COUNTY ELECTRIC COOPERATIVE, INC., SAN DIEGO LIGHT & POWER CO.,**

Ryan B. Hawkins
PERKINS COIE, LLP
11988 El Camino Real, Suite 350
San Diego, CA 92130-2594
(858) 720-5700
(858) 720-5799  Fax
rhawkins@perkinscoie.com

**ATTORNEYS FOR DEFENDANTS CENTERPOINT ENERGY HOUSTON ELECTRIC, LLC, TRI-COUNTY ELECTRIC COOPERATIVE, INC., SAN DIEGO LIGHT & POWER CO., AND TEXAS-NEW MEXICO POWER COMPANY**

Saqib J. Siddiqui
Gary M. Hnath
MAYER BROWN LLP
1999 K Street, N.W.
Washington, DC 20006-1101
(202) 263-3167
(202) 263-5367 (Fax)
ssiddiqui@mayerbrown.com
ghnath@mayerbrown.com

**ATTORNEYS FOR DEFENDANTS ALABAMA POWER CO., GEORGIA POWER CO., MISSISSIPPI POWER CO., AND WISCONSIN POWER & LIGHT CO.**

- 5 -

**AND TEXAS-NEW MEXICO POWER COMPANY**

Wyatt Maxwell
PERKINS COIE, LLP
2001 Ross Avenue, Suite 4225
Dallas, TX 75201
(214) 965-7700
(214) 965-7799  (Fax)
wmaxwell@perkinscoie.com

**ATTORNEYS FOR DEFENDANTS CENTERPOINT ENERGY HOUSTON ELECTRIC, LLC, TRI-COUNTY ELECTRIC COOPERATIVE, INC., SAN DIEGO GAS & ELECTRIC CO. AND TEXAS-NEW MEXICO POWER COMPANY**

Brian T. Cartwright
ALAGOOD & CARTWRIGHT, P.C.
1710 Westminster
Denton, TX 76205
(940) 891-0003
(940) 891-0004
bcartwright@dentonlaw.com

**ATTORNEYS FOR DEFENDANT TRI-COUNTY ELECTRIC COOPERATIVE, INC.**

Michael J. Word
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606
(312) 782-0600
(312) 701-7711  (Fax)
mword@mayerbrown.com

**ATTORNEYS FOR DEFENDANTS ALABAMA POWER CO., GEORGIA POWER CO., MISSISSIPPI POWER CO., AND WISCONSIN POWER & LIGHT CO.**

Theodore G. Baroody
Jason P. Bloom
David Harper
Charles M. Jones II
Thomas E. Kurth
Jamie McDole
Phillip B. Philbin
Hamilton C. Simpson
Stephanie Sivinski
John Russell Emerson
Michael Daley Karson
HAYNES & BOONE LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
(214) 651-5000
(214) 651-5940 (Fax)
ted.baroody@haynesboone.com
jason.bloom@haynesboone.com
david.harper@haynesboone.com
charlie.jones@haynesboone.com
thomas.kurth@haynesboone.com
jamie.mcdole@haynesboone.com
phillip.philbin@haynesboone.com
hamilton.simpson@haynesboone.com
stephanie.sivinski@haynesboone.com
russ.emerson@haynesboone.com
michael.karson@haynesboone.com
**ATTORNEYS FOR PLAINTIFF TRANSDATA, INC.**

Casey Kempner
Kenneth G. Parker
Thomas B. King
HAYNES & BOONE LLP
18100 Von Karman, Ste. 750
Irvine, CA 92612
(949) 202-3000
(949) 202-3001 (Fax)
casey.kempner@haynesboone.com
kenneth.parker@haynesboone.com
thomas.king@haynesboone.com

Jason M. Gonder
HAYNES & BOONE LLP
525 University Avenue, Suite 400
Palo Alto, CA 94301-1918
(650) 687-8800
(650) 687-8801
jason.gonder@haynesboone.com

**ATTORNEYS FOR PLAINTIFF TRANSDATA, INC.**

| | |
|---|---|
| Scott A. Cunning II<br>HAYNES & BOONE<br>800 17th Street, NW, Suite 500<br>Washington, DC 20006<br>(202) 654-4500<br>(202) 654-4501 (Fax)<br>scott.cunning@haynesboone.com<br><br>Richard D. Rochford<br>HAYNES & BOONE<br>30 Rockefeller Plaza<br>New York, New York 10112<br>(212) 659-4984<br>(212) 884-9572 (Fax)<br>richard.rochford@haynesboone.com<br><br>**ATTORNEYS FOR PLAINTIFF**<br>**TRANSDATA, INC.** | Robert F. Robertson<br>Gregory Metcalfe<br>GABLEGOTWALS<br>One Leadership Square, 15th Floor<br>211 N. Robinson<br>Oklahoma City, Oklahoma 73102<br>(405) 235-5500<br>(405) 235-2875 (Fax)<br>rrobertson@gablelaw.com<br>gmetcalfe@gablelaw.com<br><br>**ATTORNEYS FOR PLAINTIFF**<br>**TRANSDATA, INC.** |

*/s/ Kristopher Kastens*
Kristopher Kastens