IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: TRANSDATA, INC. SMART METERS PATENT LITIGATION, | ) ) ) | Case Number 12-ml-2309-C |

### ORDER

Defendants shall respond to the Motion to Strike Untimely Witnesses (Dkt. No. 416) and the Motion to Stay Depositions (Dkt. No. 417) not later than Friday, June 20, 2014. Any Reply by Plaintiff shall be filed by noon Tuesday, June 24, 2014.

IT IS SO ORDERED this 16th day of June, 2014.

_____
ROBIN J. CAUTHRON
United States District Judge