# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE: TRANSDATA, INC. SMART
METERS PATENT LITIGATION

Case No. 5:12-ml-02309-C

## **MOTION TO WITHDRAW THEODORE G. BAROODY**

TransData files this its Motion to Withdraw Theodore G. Baroody, and would

respectfully show as follows:

1. Theodore G. Baroody has appeared as a counsel with Haynes and Boone, LLP

   for TransData.  Mr. Baroody is leaving the firm.

2. TransData requests that Mr. Baroody be withdrawn as a counsel of record in

   this matter.

Dated: June 26, 2014

Respectfully submitted,

*s/ Jamie McDole*
Thomas E. Kurth (*pro hac vice*)
Phillip B. Philbin (*pro hac vice*)
Jamie McDole (*pro hac vice*)
Theodore G. Baroody (*pro hac vice*)
Charles M. Jones II (*pro hac vice*)
Hamilton C. Simpson (*pro hac vice*)
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
(214) 651-5000 | (214) 651-5940 (fax)
thomas.kurth@haynesboone.com
phillip.philbin@haynesboone.com

jamie.mcdole@haynesboone.com
ted.baroody@haynesboone.com
charlie.jones@haynesboone.com
hamilton.simpson@haynesboone.com

**ATTORNEYS FOR PLAINTIFF**
**TRANSDATA, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2014, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Allen Franklin Gardner, allengardner@potterminton.com
Brian Thomas Cartwright, bcartwright@dentonlaw.com
Charley F. Brown, browncf@ballardspahr.com
Christina Jordan McCullough, cmccullough@perkinscoie.com
Christopher Ryan Johnson, cjohnson@yettercoleman.com
David R. Childress, dchildress@whitakerchalk.com
Harry Lee Gillam, Jr., gil@gillamsmithlaw.com
James Hannah, jhannah@kramerlevin.com
John A. Kenney, john.kenney@mcafeetaft.com
John C. Barker, cbarker@yettercoleman.com
Judith B. Jennison, jjennison@perkinscoie.com
Kevin J. Terrazas, kterrazas@wshllp.com
Kristopher B. Kastens, kkastens@kramerlevin.com
Lawrence K. Nodine, nodinel@ballardspahr.com
Lisa Kobialka, lkobialka@kramerlevin.com
Matthew Bernstein, MBernstein@perkinscoie.com
Michael E. Jones, mikejones@potterminton.com
Nathaniel E. Durrance, ndurrance@perkinscoie.com
Paul Andre, pandre@kramerlevin.com
R. Paul Yetter, pyetter@yetterwarden.com
Ramsey M. Al-Salam, ralsalam@perkinscoie.com
Rebecca Elizabeth Heinemann, rebecca@bodoinlaw.com
Richard William Miller, millerrw@ballardspahr.com
Ryan B. Hawkins, rhawkins@perkinscoie.com
Stevan R. Stark, sstark@perkinscoie.com
Thomas M. Morrow, tmorrow@yettercoleman.com
W. Wyatt Maxwell, wmaxwell@perkinscoie.com

*/s    Jamie McDole*
Jamie McDole