# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: TRANSDATA, INC. SMART METERS PATENT LITIGATION | Case No. 5:12-ml-02309-C |

## ORDER GRANTING MOTION TO WITHDRAW THEODORE G. BAROODY

Having considered the Motion to Withdraw Theodore G. Baroody, it is hereby ORDERED that the Motion is GRANTED. Theodore G. Baroody is withdrawn as a counsel of record for TransData in the referenced matter.

IT IS SO ORDERED this 30th day of June, 2014.

_____
ROBIN J. CAUTHRON
United States District Judge